Newton S. Oppenheimer, an Infant, by Harry Oppenheimer, His Guardian ad Litem, Respondent, v. Crosstown Street Railway Company of Buffalo, Appellant.— Order affirmed, with costs. All concurred.

Catherine L. Wurtz and George P. Wurtz, Appellants, v. Augustus P. Kehr and William J. Felton, Respondents.— Judgment affirmed, with costs. All concurred.

William H. Meyer, Appellant, v. International Railway Company, Respondent.— Order affirmed, with costs. Held, that the evidence fails to establish plaintiff's freedom from contributory negligence. All concurred.

Regina Roth, Respondent, v. Crosstown Street Railway Company of Buffalo, Appellant.— Judgment and order affirmed, with costs. All concurred.

Nelson T. Barrett, as Receiver, etc., of William H. Byers, Appellant, v. William G. Mack and William H. Byers, Respondents.— Judgment affirmed, with costs. All concurred.

Charles F. Martin, Respondent, v. Pennsylvania Railroad Company, Appellant.— Judgment affirmed, with costs. All concurred.

Nelson Bodette, Appellant, v. The Foster-Armstrong Company, Respondent. — Order affirmed, with costs. Held, while the court was required by the Employers' Liability Act* to submit the question of assumed risk to the jury, yet under that act it had power to set aside the verdict when rendered if contrary to the evidence. It was not necessary to hold there was absolutely no evidence to support the verdict. The new trial was properly granted. All concurred, except Kruse, J., who dissented upon the ground that under the rule of the Employers' Liability Act the jury was warranted in finding that the defense of assumed risk was not made out, and the verdict upon that question is not contrary to the evidence.

Rosina Pringle, Appellant, v. George Dean and Others, Respondents.— Judgment affirmed, with costs. All concurred.

Julia A. Sweeting, Appellant, v. Iroquois China Company, Respondent.— Judgment and order affirmed, with costs. See same case on former appeal reported at 129 Appellate Division, 777. All concurred, except Kruse, J., who dissented.

Emma Macomber, Respondent, v. William M. Norton, as Executor, etc., of Marcus Van Buskirk, Deceased, Appellant.— Judgment and order affirmed, with costs. All concurred.

John Doody, Appellant, v. Michael Dundon, Respondent.— Judgment affirmed, with costs. All concurred.

Vincenzo Melito, Respondent, v. Alfred J. Brown, Appellant.— Judgment and order affirmed, with costs. All concurred.

Morgan Shaut, Respondent, v. Harriet Handrahan, Appellant, Impleaded with George Williams and Others.— Judgment affirmed, with costs. All concurred.

In the Matter of Eugene W. Harrington, an Attorney and Counselor at Law.— Issues raised by the charges and answer thereto referred to Hon. Edwin A. Nash,

---

* Laws of 1902, chap. 600; revised into Labor Law (Consol. Laws, chap. 31; Laws of 1909, chap. 36), art. 14.— [REP.